IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNIVERSITY OF WISCONSIN
HOSPITALS AND CLINICS AUTHORITY,

    Plaintiff,

v.

AETNA HEALTH & LIFE INSURANCE
COMPANY and AETNA HEALTH
INSURANCE COMPANY,

    Defendants.

Case No. 15-CV-240

NOTICE OF APPEAL

Notice is hereby given that Plaintiff, UNIVERSITY OF WISCONSIN HOSPITALS AND CLINICS AUTHORITY, hereby appeals to the United States Courts of Appeals for the Seventh Circuit from the final judgment entered on the 4th day of November, 2015 (Docket No. 12, 11/04/15).

Dated December 2, 2015.

Respectfully submitted,

*[signature]*

Attorney Mark S. Sweet
S.B.N. 1019001
Attorney Nicole N. Schrier
S.B.N. 1081908
Attorney Anne A. MacArthur
S.B.N. 1018713
NEUBERGER, GRIGGS, SWEET & SMITH, LLP
Attorneys for Plaintiff
UNIVERSITY OF WISCONSIN HOSPITALS
AND CLINICS AUTHORITY
136 Hospital Drive,
Watertown, Wisconsin, 53098
920-261-1630 / 920-261-0339 (Fax)